**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-2262**

———————

WILLIE JAMES PRICE,

Plaintiff - Appellant,

and

VALERIE YOUNG,

Plaintiff,

versus

RONALD C. MCCORMACK, Attorney; EDWARD F.
HALLORAN, Attorney; RUSSELL D. KNIGHT; GEORGE
MILLESON,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Gerald Bruce Lee, District
Judge. (CA-01-1212-A)

———————

Submitted: February 21, 2002          Decided: March 4, 2002

———————

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Willie James Price, Appellant Pro Se.  John Andrew Basham, HEILIG, MCKENRY, FRAIM & LOLLAR, Norfolk, Virginia; Charles Malcolm Lollar, TANNER, MULKEY, GORDON & LOLLAR, P.C., Norfolk, Virginia; Edward F. Halloran, Virginia Beach, Virginia; Russell D. Knight, Stafford, Virginia; George Milleson, Stafford, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Willie James Price appeals the district court's order dismissing his complaint for lack of jurisdiction and failure to state a claim.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Price v. McCormack, No. CA-01-1212-A (E.D. Va. Oct. 3, 2001).  We deny Appellees' request for sanctions.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED